■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VIRGINIA DAVIS, Appellant. [679 NYS2d 861] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting her upon her plea of guilty of promoting a sexual performance by a child (Penal Law § 263.15), sexual abuse in the second degree (Penal Law § 130.60 [2]), endangering the welfare of a child (Penal Law § 260.10 [1]), and two counts of sodomy in the second degree (Penal Law § 130.45). Due to the heinous nature of the offenses, we reject defendant's contention that the sentence is unduly harsh or severe. (Appeal from Judgment of Niagara County Court, Fricano, J.—Sodomy,

2nd Degree.) Present—Denman, P. J., Green, Hayes, Callahan and Balio, JJ.